## NELLIE STUART v WILLIAM STUART

Ohio Appeals, 2nd Dist, Montgomery Co
No 996.  Decided July 2, 1930

R. R. Cross, Dayton, for Nellie Stuart.
J. J. Hoover, Dayton, for William Stuart.

### BY THE COURT

Exception was taken to this order of the Court and request was made to the court to fix an appeal bond. This was fixed in the sum of $200.00 and the case is now in this Court on appeal from such order for alimony pending the suit. We do not think this is a final order from which an appeal may be taken, nor is an awarding of alimony appealable. Error would have to be prosecuted in order to present such question to this Court if the order could be considered as a final order.